IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00215-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LEONID SHIFRIN,

       Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL AND
EXTEND DATE OF VOLUNTARY SURRENDER**

---

      The Court previously ordered the defendant to voluntarily surrender to the institution designated by the Bureau of Prisons by noon "within 15 days of November 15, 2012." The Bureau of Prisons subsequently designated the defendant and assigned a self-surrender date of November 1, 2012. The defendant has a restitution hearing scheduled for November 15, 2012; therefore, it would be impractical to have him surrender to the Bureau of Prisons prior to that date. Accordingly, it is

      ORDERED that Defendant LEONID SHIFRIN, having been sentenced in this case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the United States Penitentiary, Florence ADMAX, 5880 Highway 67 South, Florence, Colorado, by 12:00 noon on November 26, 2012. Travel will be at his own expense.

      DATED November 7, 2012.

                    BY THE COURT:

                     s/Philip A. Brimmer
                    PHILIP A. BRIMMER
                    United States District Judge